SEYFARTH SHAW LLP
Alice M. Hodsden (SBN 340796)
ahodsden@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

*Counsel for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANEICE WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; PORTFOLIO RECOVERY ASSOCIATES, LLC; RELIABLE CREDIT ASSOCIATION, INC.; ATLANTIC CAPITAL BANK; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-02906-AC<br><br>**[PROPOSED]** ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME<br><br>Magistrate Judge Allison Claire |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby ORDERED that the Defendant Equifax Information Services LLC shall have up to and including January 23, 2024 in which to respond to Plaintiff's Complaint.

SO ORDERED, this 9th day of January, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE