|   |   |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Alice M. Hodsden (SBN 340796) |
| 2 | ahodsden@seyfarth.com |
|   | 601 South Figueroa Street, Suite 3300 |
| 3 | Los Angeles, California 90017-5793 |
|   | Telephone:  (213) 270-9600 |
| 4 | Facsimile:   (213) 270-9601 |

*Counsel for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHANEICE WILLIAMS, | Case No. 2:23-cv-02906-AC |
|---|---|
| Plaintiff, | [**PROPOSED**] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME |
| v. |   |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; PORTFOLIO RECOVERY ASSOCIATES, LLC; RELIABLE CREDIT ASSOCIATION, INC.; ATLANTIC CAPITAL BANK; and DOES 1 through 10, inclusive, | Magistrate Judge Allison Claire |
| Defendants. |   |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby ORDERED that the Defendant Equifax Information Services LLC shall have up to and including February 6, 2024 in which to respond to Plaintiff's Complaint.

SO ORDERED, this 24th day of January, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE