Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANEICE WILLIAMS, | Case No.: 2:23-CV-02906-AC |
| Plaintiff, | **Order for Dismissal of** |
| | **South State Bank, N.A. Only** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; PORTFOLIO RECOVERY ASSOCIATES, LLC; RELIABLE CREDIT ASSOCIATION, INC.; SOUTH STATE BANK, N.A.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

//
//

Pursuant to the stipulation between Plaintiff and Defendant South State Bank, N.A., Defendant South State Bank, N.A. only is dismissed from this action with prejudice. This dismissal does not apply to the other named defendants.

IT IS SO ORDERED.

Dated: July 16, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE