Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANEICE WILLIAMS, | Case No.:  2:23-CV-02906-DJC-AC |
| Plaintiff, | **Order for Dismissal of Experian Information Solutions, Inc. Only** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; PORTFOLIO RECOVERY ASSOCIATES, LLC; RELIABLE CREDIT ASSOCIATION, INC.; SOUTH STATE BANK, N.A.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

//
//

Pursuant to the stipulation between Plaintiff and Defendant Experian Information Solutions, Inc., Defendant Experian Information Solutions, Inc. only is dismissed from this action with prejudice. This dismissal does not apply to the other named defendants.

IT IS SO ORDERED.

Dated:  September 13, 2024                  /s/ Daniel J. Calabretta

                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE

Order for Dismissal of Experian Information Solutions, Inc. Only