1  Jeremy S. Golden (SBN 228007)
2  Golden & Cardona-Loya, LLP
3  3130 Bonita Road, Suite 200B
   Chula Vista, CA 91910
4  jeremy@goldencardona.com
   Phone: 619-476-0030; Fax: 775-898-5471
5  Attorney for Plaintiff

6

7

8
                    **UNITED STATES DISTRICT COURT**
9                   **EASTERN DISTRICT OF CALIFORNIA**
10

11 | SHANEICE WILLIAMS,              ) Case No.:  2:23-CV-02906-DJC-AC
12 |                                 )
   |         Plaintiff,              ) **Order for Dismissal of Trans Union LLC**
13 |                                 )
14 | v.                              )
   |                                 )
15 | EXPERIAN INFORMATION            )
16 | SOLUTIONS, INC.; EQUIFAX        )
   | INFORMATION SERVICES, LLC;     )
17 | TRANS UNION LLC; CELLCO         )
18 | PARTNERSHIP d/b/a VERIZON       )
   | WIRELESS; PORTFOLIO RECOVERY )
19 | ASSOCIATES, LLC; RELIABLE       )
20 | CREDIT ASSOCIATION, INC.; SOUTH )
21 | STATE BANK, N.A.; and DOES 1    )
   | through 10, inclusive,          )
22 |                                 )
23 |         Defendants.             )
24 |_____)

25

26

27 //

28 //

Pursuant to the stipulation between Plaintiff and Defendant Trans Union LLC, Defendant Trans Union LLC only is dismissed from this action with prejudice. This dismissal does not apply to the other named defendants.

IT IS SO ORDERED.

Dated:  October 8, 2024                                  /s/ Daniel J. Calabretta
                                                                       THE HONORABLE DANIEL J. CALABRETTA
                                                                       UNITED STATES DISTRICT JUDGE