Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANEICE WILLIAMS, | Case No.: 2:23-CV-02906-DJC-AC |
| Plaintiff, | **Order for Dismissal of Cellco Partnership d/b/a Verizon Wireless** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; PORTFOLIO RECOVERY ASSOCIATES, LLC; RELIABLE CREDIT ASSOCIATION, INC.; SOUTH STATE BANK, N.A.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

//

//

Pursuant to the stipulation between Plaintiff and Defendant Cellco Partnership d/b/a Verizon Wireless the claims against Defendant Cellco Partnership d/b/a Verizon Wireless are dismissed with prejudice.

IT IS SO ORDERED

DATED:  December 2, 2024                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

Order for Dismissal of Cellco Partnership d/b/a Verizon Wireless