Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANEICE WILLIAMS, ) | Case No.: 2:23-CV-02906-DJC-AC |
| ) | |
| Plaintiff, ) | **Order for Dismissal of** |
| ) | **Equifax Information Services, LLC** |
| v. ) | |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC.; EQUIFAX ) | |
| INFORMATION SERVICES, LLC; ) | |
| TRANS UNION LLC; CELLCO ) | |
| PARTNERSHIP d/b/a VERIZON ) | |
| WIRELESS; PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC; RELIABLE ) | |
| CREDIT ASSOCIATION, INC.; SOUTH ) | |
| STATE BANK, N.A.; and DOES 1 ) | |
| through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

//
//

1
Order for Dismissal of Equifax Information Services, LLC

Pursuant to the stipulation between Plaintiff and Defendant Equifax Information Services, LLC; Defendant Equifax Information Services, LLC is dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:  December 4, 2024                /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE